No. 5,218.—STATE ex rel. ARCHIBALD H. FARAGHER, Relator, v. B. F. M'OULTON et al., Respondents.

Original application for Writ of Mandate.

Decided October 16, 1922.

PER CURIAM.—The application of relator for writ of *mandamus* is, after due consideration by the court, denied.

*Messrs. Geis & Wiedman* and *Mr. Ralph J. Anderson,* for Relator.

---

No. 4,955.—ROUNDUP OIL & GAS CO. et al., Appellants, v. HANS E. KAUPILA, Respondent.

*Appeal from Musselshell County; C. C. Hurley, Judge.*

Decided October 23, 1922.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Messrs. Nichols & Wilson* and *Messrs. Jeffries & McNaught,* for Appellants.

*Messrs. Johnston, Coleman & Johnston,* for Respondent.